1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   DAVID M. PORTER, Bar #127024
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Petitioner
   GABRIEL DYLAN HALEY
8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                 FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  GABRIEL DYLAN HALEY,            )  NO. Civ. S-05-0702 MCE CMK P
                                    )
15              Petitioner,         )
                                    )  **ORDER GRANTING UNOPPOSED REQUEST**
16       v.                         )  **FOR EXTENSION OF TIME TO FILE**
                                    )  **JOINT SCHEDULING STATEMENT**
17  A.K. SHIPLEY, Warden, et al.,   )
                                    )
18              Respondents.        )
                                    )
19  _____ )

20        Pursuant to the unopposed request of petitioner, and good cause

21  appearing therefor, the time for the parties to file a joint scheduling

22  statement is extended up to and including July 22, 2005.

23  DATED:  May 18, 2005.

24

25  _____
    **CRAIG M. KELLISON**
26  UNITED STATES MAGISTRATE JUDGE

27

28