QUIN DENVIR, Bar #49374
Federal Defender

DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
GABRIEL DYLAN HALEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DYLAN HALEY, | ) NO. Civ. S-05-0702 MCE CMK P |
| Petitioner, | ) |
| v. | ) **ORDER GRANTING UNOPPOSED REQUEST** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| A.K. SHIPLEY, Warden, et al., | ) **JOINT SCHEDULING STATEMENT** |
| Respondents. | ) |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, the time for the parties to file a joint scheduling statement is extended up to and including August 5, 2005.

DATED:   August 3, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE