QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
GABRIEL DYLAN HALEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL DYLAN HALEY,  )  NO. Civ. S-05-0702 MCE CMK P
                      )
         Petitioner,  )
                      )  **ORDER**
    v.                )
                      )
A.K. SHIPLEY, Warden, et al.,  )
                      )
         Respondents. )
_____)

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, on or before November 30, 2005, petitioner will file either a statement withdrawing the first claim and indicating he will stand on the existing petition minus that claim, or an amended petition.

DATED: November 2, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE