QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
GABRIEL DYLAN HALEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DYLAN HALEY,<br><br>        Petitioner,<br><br>  v.<br><br>A.K. Scribner, Warden, et al.,<br><br>        Respondents. | NO. Civ. S-05-0702 MCE CMK P<br><br>**ORDER** |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, on or before January 17, 2006, petitioner will file either a statement withdrawing the first claim and indicating he will stand on the existing petition minus that claim, or an amended petition.

Dated: December 12, 2005

/s/ Craig M. Kellison
U.S. Magistrate Judge