IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL DYLAN HALEY

    Petitioner,                                      No. CIV S-05-0702 MCE CMK P

    vs.

A.K. SCRIBNER, WARDEN, et al.,

    Respondents.

_____/           ORDER

        Currently before the court is petitioner's motion for leave to file subpoenas duces tecum commanding the Lassen County District Attorney's Office and the Lassen County Sheriff's Department to produce and permit inspection of their files relating to the investigation of the death of William Doyle Timms, III on or about June 19, 1996, near Litchfield, California. Neither the District Attorney's Office nor the Sheriff's Department has filed an opposition to the motion.

        Rule 6(a) of the Federal Rules governing section 2254 cases allows parties to engage in discovery in the discretion of the court and for "good cause shown." See Campbell v. Blodgett, 98 F.3d 1356 (9th Cir. 1993.) In his petition, petitioner asserts that his right to due process was violated by the prosecutor knowingly eliciting false testimony from one of its witnesses. The discovery materials sought are reasonably related to an investigation of this claim.

1       Good cause appearing, IT IS ORDERED that petitioner's motion for leave to
2 issue subpoenas duces tecum allowing his counsel to examine and copy the District Attorney's
3 and Sheriff's Department files (doc. 19) is granted.

5 DATED: January 11, 2006.

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE