DENNIS S. WAKS, Bar #142581
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
GABRIEL DYLAN HALEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DYLAN HALEY, | NO. Civ. S-05-0702 MCE CMK P |
| Petitioner, | |
| v. | **ORDER** |
| A.K. SHIPLEY, Warden, et al., | |
| Respondents. | |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, on or before March 3, 2006, petitioner will file either a statement withdrawing the first claim and indicating he will stand on the existing petition minus that claim, or an amended petition.

January 17, 2006

/s/ **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE