1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   GABRIEL DYLAN HALEY

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 GABRIEL DYLAN HALEY,           )  NO. Civ. S-05-0702 MCE CMK P
                                  )
12            Petitioner,         )
                                  )  **UNOPPOSED REQUEST TO SET PLEADING**
13       v.                       )  **SCHEDULE; ORDER**
                                  )
14 A.K. SHIPLEY, Warden, et al.,  )
                                  )
15            Respondents.        )
                                  )
16 _____ )

17       Petitioner, GABRIEL DYLAN HALEY, by and through his counsel,

18 Assistant Federal Defender David M. Porter, hereby requests that the

19 court issue the proposed order lodged herewith setting a schedule for the

20 filing of pleadings in the above-entitled matter.  The undersigned has

21 contacted respondent's counsel, Supervising Deputy Attorney General Brian

22 R. Means, who concurs in the proposed schedule.

23 Dated:  March 30, 2006

24                                     Respectfully submitted,

25                                     DANIEL J. BRODERICK
                                       Acting Federal Defender
26
                                       /s/  *David M. Porter*
27                                     DAVID M. PORTER
                                       Assistant Federal Defender
28

**ORDER**

IT IS ORDERED that:

1. Pursuant to the unopposed request of petitioner, and good cause appearing therefor, respondent shall file his answer to the petition on or before thirty days from the date of this order.

2. Petitioner may file his traverse on or before thirty days from the service of the answer.

DATED: April 6, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE