IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABRIEL DYLAN HALEY,** | CIV S-05-0702 MCE CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **A.K. SCRIBNER, Warden, et al.,** | |
| Respondent. | |

This Court hereby grants Respondent's application for an enlargement of time by thirty (30) additional days, for Respondent to file a responsive brief on or before June 6, 2006.

May 9, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order