IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DYLAN HALEY,<br><br>    Petitioner,<br><br>v.<br><br>A.K. SHIPLEY, Warden, et al.,<br><br>    Respondents, | No.: CIV-S-05-0702 MCE CMK P<br><br>**ORDER GRANTING<br>ENLARGEMENT OF TIME** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas corpus be filed on or before July 6, 2006.

DATED: June 13, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1