```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
GABRIEL DYLAN HALEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DYLAN HALEY,<br><br>        Petitioner,<br><br>  v.<br><br>A.K. SHIPLEY, Warden, et al.,<br><br>        Respondents. | NO. Civ. S-05-0702 MCE CMK P<br><br>**ORDER** |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, on or before September 7, 2006, petitioner shall file his Traverse.

DATED: July 26, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE